# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

AQUIL JOHNSON,

    Appellant

    v.

JOHN WETZEL, SECRETARY PA. D.O.C., MARK GARMAN, SUPER., S.C.I. ROCKVIEW ET AL., OFFICERS, AGENTS, SERVANTS, EMPLOYEES AND ATTORNEYS,

    Appellees

: No. 15 EAP 2024
:
: Appeal from the Order of the
: Commonwealth Court at No. 497 MD
: 2018497 MD 2018 dated February
: 16, 2024.
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**                  **DECIDED: December 17, 2024**

    **AND NOW,** this 17th day of December, 2024, the order of the Commonwealth Court is **AFFIRMED**.